IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:07-cr-00004-1 |
| V. | ) | |
| | ) | Judge Haynes |
| DAVID ADOUNDETH | ) | |
| | ) | |

ORDER

The motion is GRANTED. The hearing is set for April 7, 2014 at 3:30 pm.

[signature]
3-27-14

## MOTION TO SET REVOCATION HEARING

Comes now the Defendant, David Adoundeth, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves this Honorable Court to set a hearing on the USPO's petition for a warrant concerning the Defendant's arrest in a case that became *U.S. v. David Adoundeth*, Case No. 3:13-cr-000041-2.

In support of this motion, the Defendant would show the Court the following:

1. On February 27, 2013, the Defendant filed a Motion to Continue the Revocation Hearing (*see* D.E. #77), until after the Defendant resolved the case of *U.S. v. David Adoundeth*, Case No. 3:13-cr-000041-2.

2. On February 28, 2013, the Court granted said motion. (*See* D.E. #78).

3. The Defendant was sentenced on February 19, 2014. The judgment and conviction order has not yet been entered.

4. Both the government and the Defendant desire to resolve the Defendant's revocation matter.

THEREFORE, the Defendant moves this Honorable Court to set this matter for a revocation hearing.

1